# EXHIBIT "A"

Pending_Fee

# Mississippi Electronic Courts
## Ninth Circuit Court District (Warren County Court)
### CIVIL DOCKET FOR CASE #: 75CO1:23-cv-00188

| | |
|---|---|
| HAGGARD v. WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTINANA TRUST AS TRUSTEE FOR PNPMS TRUST II<br>Assigned to: Marcie Southerland | Date Filed: 03/21/2023<br>Current Days Pending: 21<br>Total Case Age: 21<br>Jury Demand: None<br>Nature of Suit: Other Real Property (109) |

**Upcoming Settings:**

None Found

---

**Plaintiff**

| | | |
|---|---|---|
| GREGORY B. HAGGARD | represented by | John Allen Derivaux<br>1100 Clay Street<br>VICKSBURG, MS 39183<br>601-636-1229<br>Email: ADerivaux@aol.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTINANA TRUST AS TRUSTEE FOR PNPMS TRUST II

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2023 | 1 | COMPLAINT against WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTINANA TRUST AS TRUSTEE FOR PNPMS TRUST II, filed by GREGORY B. HAGGARD. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt,) (Stevens, Kelly) (Entered: 03/21/2023) |
| 04/05/2023 | 2 | ORDER SETTING HEARING ON MOTION FOR INJUNCTION. Signed by Judge Marcie Southerland on 4-4-23. (Barnett, Sherry) (Entered: 04/05/2023) |

| MEC Service Center |
|---|
| Transaction Receipt |
| 04/11/2023 12:17:05 |
| You will be charged $0.20 per page to view or print documents. |

| MEC Login: | pl103705M | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 75CO1:23-cv-00188 |
| Billable Pages: | 1 | Cost: | 0.20 |

MAR 21 2023
JAN HYLAND DAIGRE, CIRCUIT CLERK
BY_____D.C.

# IN THE COUNTY COURT OF WARREN COUNTY, MISSISSIPPI

GREGORY B. HAGGARD                                    PLAINTIFF

VS                                                    CASE NO: 23,0188-CO

WILMINGTON SAVINGS FUND                               DEFENDANT
SOCIETY, FSB, D/B/A
CHRISTINANA TRUST AS TRUSTEE
FOR PNPMS TRUST II

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION AND TO SET ASIDE FORECLOSURE SALE

COMES NOW GREGORY B. HAGGARD and petitions this Court for a Temporary Restraining order and Permanent Injunction and to set aside Foreclosure Sale against defendant Wilmington Savings Fund Society, FSB, D/B/A Christinana Trust as Trustee for PNMS Trust II and would show unto the Court as follows:

### PARTIES

1. Gregory B. Haggard is an adult resident of Warren County, Mississippi. Defendant Wilmington Savings Fund Society, FSB is a corporate trust entity not authorized to do business in the State of Mississippi with an address of 5660 Greenwood Plaza Blvd, Suite 100 S, Greenwood Village, CO, 80111.

### FACTS

2. Plaintiff purchased certain property in Warren County, Mississippi on December 21, 2002 of record in Book 1290, Page 30. This property is identified as Lot 71, Warrenton Heights Subdivision, part 1. On or about August 16, 2004

Plaintiff executed a second mortgage deed of trust in favor of Citifinancial Real Estate Services, Inc which appears of record in Book 1485 Page 461 of the Warren County Land Records.

    3. By assignment dated April 12, 2022 this deed of trust was assigned to Wilmington Savings Fund Society, FSB of record in Book 1678, Page 235. Exhibit A.  Wilmington Savings Fund Society FSB substituted Rubin Lublin, LLC as trustee in the deed of trust by instrument dated March 30, 2021, of record in book 1610, Page 54.  Exhibit B.

    4. The substituted trustee conducted foreclosure sale of the property and on October 19, 2022 purported to foreclose on the property and filed trustees deed dated October 27, 2022.  Deed Book 1684, Page 591.  Exhibit C.

    5. Plaintiff would show that over the last several years he attempted to contact the owner of the second mortgage set out above to determine the payments due under the deed of trust.  There was no response to his inquiries.

    6. Plaintiff would further show that the substitution of trustee that preceded the foreclosure sale was executed and recorded over a year _prior_ to the assignment of the deed of trust to defendant.  In effect Defendant did not own the deed of trust at the time it made the substitution which would render the sale void.

    7. Plaintiff would further show unto the Court that the foreclosure notice does not list the book and page number of various instruments regarding the assignment and substitution of trustee concerning the deed of trust foreclosed which in effect provides for a lack of notice to Plaintiff which further renders the foreclosure sale void.

8. The date of sale was advertised to be held during legal hours (11-4) on October 19, 2022 at the front door steps of the Warren County Courthouse. Plaintiff would show that he and his representatives were at the Courthouse from 9 am till 5 pm on that date. No representative of Defendant appeared to conduct any foreclosure sale. Accordingly the sale was not properly conducted and would be void for that reason.

9. Defendant filed eviction proceedings based on the foreclosure in this Court Cause No 22-00723 in January 2023. This action was dismissed by Defendant by Notice dated February 7, 2023. Exhibit D.

10. Defendant now has agents or employees attempting to have the Vicksburg, Mississippi Police Department evict Plaintiff. The actions of Defendant following a defective foreclosure sale have and will cause irreparable damages to Plaintiff by denying them access to the property.

11. That Plaintiff requests that this Court enter a Temporary Restraining Order and to set an appropriate bond necessary to secure the issues involved in the litigation to set aside the foreclosure sale and to set a date, time and place wherein a hearing can be held regarding such Temporary Restraining Order and Permanent Injunction. Defendant should be restrained and enjoined from taking any action to remove Plaintiff from possession of the property. Plaintiff will suffer irreversible harm unless this Court enters a Temporary Restraining Order and Permanent Injunction to Defendant until the matter of the action to set aside sale is resolved by this Court.

12. Plaintiff further requests that a hearing be set on the issue of setting aside the foreclosure sale and that upon hearing, this Court will order that the foreclosure sale is void and should be set aside for the reasons set forth herein.

WHEREFORE, PREMISES CONSIDERED Plaintiff prays that this Court: 1 Enter a Temporary Restraining Order with sufficient bond and to set a time for hearing on the Temporary Restraining Order and Permanent Injunction retraining Defendant from taking any action to remove Plaintiff from the premises and 2. Set a hearing on the Complaint to Set Aside Foreclosure as set forth herein and after said hearing, order that the sale should be set aside and the trustees deed cancelled for the reasons set forth herein.

RESPECTFULLY SUBMITTED

_____
Gregory Haggard

_____
J. ALLEN DERIVAUX, JR.
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
J. ALLEN DERIVAUX, JR.
ATTORNEY AT LAW
1100 CLAY STREET
VICKSBURG, MS  39183
601-636-1229

MSB# 6059

```
INSTRUMENT
  395734
BOOK 1678
PAGE  235
 2 PAGES
```

PREPARED BY:
C. R. Hall
RETURN TO:
C. R. Hall
2860 Exchange Blvd. # 100
Southlake TX 76092
(888) 316-7466

**Assignment of Deed of Trust**     Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CVI LOAN TRUST I c/o 1349 Empire Central Drive #150, Dallas TX 75247 (Assignor) by these presents does assign and set over, without recourse, to WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST II 100 Quentin Roosevelt Blvd, #204, Garden City NY 11530 (Assignee) the described deed of trust with all interest, all liens, any rights due or to become due thereon, executed by GREGORY B HAGGARD to CITIFINANCIAL REAL ESTATE SERVICES, INC.. Trustee: Said deed of trust Dated: 8/16/2004 is recorded in the State of MS, County of Warren on 08/18/2004, as Book 1485 Page 461 AMOUNT: $ 15,229.94   Property Address: 111 ALLENDALE DR., VICKSBURG, MS 39180
SEE ATTACHED EXHIBIT A

Assignor PH#: (877) 252-3761
Assignee PH#: (516) 794-9700

IN WITNESS WHEREOF, the Undersigned Entity has caused this instrument to be executed as a sealed instrument by its proper signatory.
Executed on: 4/12/22
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CVI LOAN TRUST I  By  Real Time Resolutions, Inc. as Attorney in Fact

By: _____
Shauna K. Boedeker, Chief Financial Officer

HAGGARD  *20046458*

State of Texas, County of Dallas
On 04/13/2022 before me, the undersigned, Shauna Boedeker, who acknowledged that he/she is Chief Financial Officer of By Real Time Resolutions, Inc. as Attorney in Fact for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CVI LOAN TRUST I and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CVI LOAN TRUST I.

Notary public, Rontenia Roberts
My commission expires: 05/03/2025

RONTENIA ROBERTS
My Notary ID # 133078821
Expires May 3, 2025

MS  Warren

329591
CAMG/SHER3/AOM/FBC

5713816072

# Exhibit A

WARREN COUNTY, MISSISSIPPI.
THAT CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING
SITUATE IN THE COUNTY OF WARREN, STATE OF MISSISSIPPI, MORE
PARTICULARLY DESCRIBED AS FOLLOWS, TO WIT:
ALL OF LOT 71 OF WARRENTON HEIGHTS SUBDIVISION, PART 1, AS
SHOWN BY PLAT BOOK 1 AT PAGE 86 OF THE LAND RECORDS OF
WARREN COUNTY, MISSISSIPPI.

```
***********FILED***********
JUNE      6 2022   02:03 PM
Instrument 395734
Book 1678 Page 235
Warren County Mississippi
Donna F. Hardy, Chancery Clerk
```

20046458                          CAMG/SHER3/AOM/FBC
             Warren County, MS

```
                                                    INSTRUMENT
                                                      384310
                                                    BOOK 1660
                                                    PAGE 594
                                                     2 PAGES
```

FILE NO.: SBC-20-03720

PREPARED BY/ RECORD AND RETURN TO:
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(770) 246-3300
Bar Number: 100802

Grantor:
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II
6061 S. Willow Drive
Suite 300
Greenwood Village, CO 80111
720-931-6204

Grantee:
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(770) 246-3300

Borrower:
GREGORY B. HAGGARD
111 ALLENDALE DR., VICKSBURG, MS 39180

PARTIAL LEGAL DESCRIPTION:
INDEXING INSTRUCTIONS LOT 71,
WARRENTON HEIGHTS
SUBDIVISION, PART 1, WARREN
COUNTY, MISSISSIPPI.

## APPOINTMENT OF SUBSTITUTE TRUSTEE

WHEREAS, on August 16, 2004, GREGORY B. HAGGARD, executed a Deed of Trust to DEBERA BRIDGES, Trustee, recorded in Deed Book 1485, Page 461, Office of the Chancery Clerk of Warren County Mississippi, (the "Deed of Trust"), to secure the payment of certain debts and obligations as described in the Deed of Trust;

WHEREAS, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II (the "Holder"), is the holder secured by the Deed of Trust, and it appears that action is now required under the Deed of Trust as a result of default having occurred; and

WHEREAS, pursuant to the Deed of Trust, Holder has elected to remove DEBERA BRIDGES and all previously appointed trustees, as Trustee and to appoint Rubin Lublin, LLC, as the Substitute Trustee and to remove all previously appointed trustees. Holder hereby ratifies all actions heretofore performed by Rubin Lublin, LLC as Substitute Trustee; and

Should the undersigned become the last and highest bidder at the foreclosure sale, the Substitute Trustee is hereby authorized to transfer and assign said bid and to convey title to said foreclosed property to the Secretary of Veterans Affairs, an Officer of the United States of America, or the Secretary of Housing and Urban Development, an Officer of the United States of America, or Federal Home Loan Mortgage Corporation, or Federal National Mortgage Association, or whomever the Holder shall authorize (the "Assignee"). The statement in the Substitute Trustee Deed that the Holder has requested transfer of its bid to grantee(s) in the Substitute Trustee Deed shall be binding on the Holder and conclusive evidence in favor of the Assignee or other parties thereto, and the Substitute Trustee is duly authorized and empowered to execute same.

```
**********FILED**********
APRIL    21 2021   01:04
Instrument 384310
Book 1660 Page 594
Warren County Mississippi
Donna F. Hardy, Chancery Clerk
```

NOW, THEREFORE, Holder, pursuant to and in compliance with the Deed of Trust, does hereby name and appoint Rubin Lublin, LLC as Substitute Trustee under the Deed of Trust, and declares that they shall have the same powers and authority as the Trustee (as such term is defined in the Deed of Trust). This instrument shall constitute a Deed of Appointment. All other Substitutions of Trustee in connection with said property are hereby REVOKED.

WITNESS, the execution hereof by Holder through its duly authorized officer, this 30TH day of MARCH 2021

Statebridge Company as Attorney-in-Fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II

By: _____
Print Name: ERICA MEDRANO
Title: FORECLOSURE TEAM LEAD

STATE OF Colorado
COUNTY OF Jefferson

Before me, Lisa Dodd, _____, of the state and county aforesaid, personally appeared Erica Medrano, _____, of Statebridge Company, with who I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged herself/himself to be the Foreclosure Team Lead of Statebridge Company, acting as attorney-in-fact for and on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II, the within-named Holder, and that (he)(she), as such officer, being authorized to do so, has executed the above and foregoing instrument for the purposes therein contained by signing the name of the Holder as such attorney-in-fact by herself/himself as such officer.

GIVEN UNDER BY HAND AND OFFICIAL SEAL OF OFFICE this 30 day of March, 2021

_____
Notary Public

My commission expires: 1/27/2025

(Notary Seal)

```
Lisa Dodd
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20214003352
MY COMMISSION EXPIRES 01/27/2025
```

```
INSTRUMENT
401555
BOOK 1684
PAGE 591
4 PAGES
```

FILE NO.: SBC-20-03720-4

Prepared by and Return to:
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(770) 246-3300
Bar Number: 100802

| Grantor: | Grantee: | Indexing Instructions: |
|---|---|---|
| Rubin Lublin, LLC<br>428 North Lamar Blvd, Suite 107<br>Oxford, MS 38655<br>901-322-8705 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II<br>5680 Greenwood Plaza Blvd., Suite 100 S<br>Greenwood Village, CO, 80111<br>720-931-6204 | LOT 71, WARRENTON HEIGHTS SUBDIVISION, PART 1, WARREN COUNTY, MISSISSIPPI |

## SUBSTITUTE TRUSTEE'S DEED

WHEREAS, by that certain Deed of Trust dated August 16, 2004, and recorded August 18, 2004, **in Deed Book 1485, Page 461,** in the Office of the Chancery Clerk of Warren County, Mississippi (the "Deed of Trust"), **GREGORY B. HAGGARD** ("Borrower") conveyed to DEBERA BRIDGES, Trustee, for the benefit of CITIFINANCIAL REAL ESTATE SERVICES INC., certain real property as described below (the "Property") to secure the payment of a certain indebtedness described in the Deed of Trust including, without limitation, that is evidenced by a certain promissory note executed on August 16, 2004, (the "Note"), which obligation is presently held by **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II;** and

WHEREAS, demand was made for the payment of the Note secured by the Deed of Trust referenced above, the payment of which was in default, and the obligation secured by the Deed of Trust referenced above was declared due and payable as provided in the Note and Deed of Trust, but the obligation was not paid; and

WHEREAS, **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II,** the legal holder of the Note as evidenced by the Deed of Trust, demanded that the Substitute Trustee advertise and sell the Property in accordance with the terms of the Deed of Trust; and

WHEREAS, the Substitute Trustee caused a diligent search of the Defense Manpower Data Center (DMDC) website for each known Borrower in compliance with the Service Members Civil Relief Act, and as such the foreclosure of this property is not subject to the provisions of 50 U.S.C. § 501, et seq.; and

WHEREAS, the Substitute Trustee caused a diligent search of the PACER website for each known Borrower and determined that Substitute Trustee was not subject to an automatic stay in bankruptcy both at the time foreclosure proceedings commenced and the time the Property was sold; and

WHEREAS, the Deed of Trust was last assigned to **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II** said Assignment being set forth in the Office of the Chancery Clerk of Warren County, Mississippi; and

WHEREAS, the undersigned, Rubin Lublin, LLC was duly appointed as Substitute Trustee in the place and stead of DEBERA BRIDGES, said appointment being set forth in the Office of the



Chancery Clerk of Warren County, Mississippi, prior to the first publication and posting of notice of sale; and

WHEREAS, the Substitute Trustee caused notice to be published as provided for under the laws of the State of Mississippi and as provided in the Deed of Trust in the Vicksburg Post, a newspaper generally circulated in Warren County, Mississippi, on the following dates, to-wit: **September 21, 2022, September 28, 2022, October 5, 2022, October 12, 2022**, which is more fully shown by the Proof of Publication, which is attached hereto as an Exhibit, and by posting a copy of said notice at the designated location for Warren County, Mississippi, in accordance with M.C.A. § 89-1-55. A copy of such notice was sent to the Borrower(s) and any other party who requires notice under the laws of the State of Mississippi and as provided in the Deed of Trust and following such notice the default was not cured; and

WHEREAS, on the 19th day of October, 2022, at the front door steps of the Courthouse, between the hours of 11:00 a.m. and 4:00 p.m., the Substitute Trustee did offer for sale at public outcry and did sell to the highest bidder for cash the following described land and property situated in Warren County, State of Mississippi, to-wit:

THAT CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE IN THE COUNTY OF WARREN, STATE OF MISSISSIPPI, MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO WIT:

ALL OF LOT 71 OF WARRENTON HEIGHTS SUBDIVISION, PART 1, AS SHOWN BY PLAT BOOK 1 AT PAGE 86 OF THE LAND RECORDS OF WARREN COUNTY, MISSISSIPPI.

WHEREAS the Substitute Trustee offered the aforesaid property for sale at public outcry as set forth above, and there appeared at said sale, **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II**, bidding the sum of Forty-Two Thousand Six Hundred Sixty-Six and 05/100 ($42,666.05), for all of the above described property, and said property was struck off to **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II**, for said amount, and said bidder was declared the purchaser thereof.

NOW, THEREFORE, Rubin Lublin, LLC, Substitute Trustee as aforesaid, in consideration of the premises and the sum of **Forty-Two Thousand Six Hundred Sixty-Six and 05/100 ($42,666.05)** cash in hand paid, the receipt of which is hereby acknowledged, does hereby sell and convey to **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II**, its successors and assigns, all the above described property, conveying only such title as is vested in the Substitute Trustee.

To have and to hold the aforesaid real estate, together with all improvements thereon, free from any equity of redemption, statutory right of redemption, spouses' elective share, homestead, dower, courtesy and all other exemptions, as provided in, but only to the extent provided in, said Deed of Trust.

# Publisher's Certificate of Publication

## STATE OF MISSISSIPPI
## COUNTY OF WARREN

Catherine Boone Hadaway, being duly sworn, on oath says she is and during all times herein stated has been an employee of Vicksburg Newsmedia publisher and printer of the The Vicksburg Post (the "Newspaper"), has full knowledge of the facts herein stated as follows:

1. The Newspaper printed the copy of the matter attached hereto (the "Notice") was copied from the columns of the Newspaper and was printed and published in the English language on the following days and dates:

09/21/22, 09/28/22, 10/05/22, 10/12/22

2. The sum charged by the Newspaper for said publication is the actual lowest classified rate paid by commercial customer for an advertisement of similar size and frequency in the same newspaper in which the Notice was published.

3. There are no agreements between the Newspaper, publisher, manager or printer and the officer or attorney charged with the duty of placing the attached legal advertising notice whereby any advantage, gain or profit accrued to said officer or attorney

*(signed)* Catherine Boone Hadaway

Catherine Boone Hadaway, Publisher

Subscribed and sworn to before me this 12th Day of October, 2022

*(signed)* Shandale Goodman

Shandale Goodman, Notary Public
State of Mississippi
My commission expires 07-30-2026

Account # 203254
Ad # 1512345

BETTER CHOICE NOTICE SOLUTIONS
9035 WADSWORTH PKWY
STE 2720
WESTMINSTER CO 80021

---

**PUBLIC NOTICE**
**NOTICE OF SUBSTITUTE TRUSTEE'S SALE**

STATE OF MISSISSIPPI
COUNTY OF WARREN

WHEREAS, default has occurred in the performance of the covenants, terms and conditions of a Deed of Trust dated August 16, 2004, executed by GREGORY B. HAGGARD conveying certain real property therein described to DEBERA BRIDGES, as Trustee, for CITIFINANCIAL REAL ESTATE SERVICES INC., Original Beneficiary, to secure the indebtedness therein described, as same appears of record in the office of the Chancery Clerk of Warren County, Mississippi filed and recorded August 18, 2004, in Deed Book 1485, Page 461; and
WHEREAS, the beneficial interest of said Deed of Trust was transferred and assigned to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II; and
WHEREAS, Rubin Lublin, LLC has been appointed as Substitute Trustee; and
NOW, THEREFORE, the holder of said Deed of Trust, having requested the undersigned so to do, as Substitute Trustee or his duly appointed agent, by virtue of the power, duty and authority vested and imposed upon said Substitute Trustee shall, on October 19, 2022 within the lawful hours of sale between 11:00AM and 4:00PM at the front door steps of the Courthouse proceed to sell at public outcry to the highest and best bidder for cash or certified funds ONLY, the following described property situated in Warren County, Mississippi, to wit:
THAT CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE IN THE COUNTY OF WARREN, STATE OF MISSISSIPPI, MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO WIT:
ALL OF LOT 71 OF WARRENTON HEIGHTS SUBDIVISION, PART 1, AS SHOWN BY PLAT BOOK 1 AT PAGE 86 OF THE LAND RECORDS OF WARREN COUNTY, MISSISSIPPI.
PROPERTY ADDRESS: The street address of the property is believed to be 111 ALLENDALE DR, VICKSBURG, MS 39180. In the event of any discrepancy between this street address and the legal description of the property, the legal description shall control.
Title to the above described property is believed to be good, but I will convey only such title as is vested in me as Substitute Trustee.
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Rubin Lublin, LLC
428 North Lamar Blvd,
Suite 107
Oxford, MS 38655
rlselaw.com/property-listing
Tel: (877) 813-0992
Fax: (470) 508-9401

Vicksburg Post: Sept. 21, 28,
Oct. 5 and 12, 2022
198076

---

\*\*\*\*\*\*\*\*\*\*FILED\*\*\*\*\*\*\*\*\*
NOVEMBER  2 2022   01:53 PM
Instrument  401555
Book 1684 Page  591
Warren County Mississippi
Donna F. Hardy, Chancery Clerk

Said sale will be subject to any and all unpaid ad valorem taxes (plus penalty and interest, if any) that may be a lien upon the Property; any and all liens, defects, encumbrances, adverse claims, and other matters which take priority over the Deed of Trust upon which this foreclosure sale is had; any statutory rights of redemption not otherwise waived in the Deed of Trust, including rights of redemption of any governmental agency, state or federal, which might not have been waived by such governmental agency; applicable covenants, restrictions, building setbacks, easements, and to all conditions as shown with respect to the aforementioned Property in the Register's Office of Warren County, Mississippi; any governmental zoning and subdivision ordinances or regulations in effect thereon; the accuracy of the Index Book of the said Register's Office; and any other matters which an accurate survey of the Property might disclose. The Property is conveyed AS IS WHERE IS, without representations or warranties of any kind whatsoever, whether express or implied. Without limiting the foregoing, THE PROPERTY IS SOLD WITHOUT ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE.

WITNESS the signature of the Substitute Trustee on this the 27th day of October, 2022.

Rubin Lublin, LLC

_____
Printed Name: Michael L. Baringer
Title: Authorized Signer, Rubin Lublin, LLC

STATE OF GEORGIA     )
COUNTY OF GWINNETT   )

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the said County and State, on this the 27th day of October, 2022, within my jurisdiction, the within named Michael L. Baringer, an authorized signer, Rubin Lublin, LLC, a member-managed Limited Liability Company, and as the act and deed of said Limited Liability Company, (he)(she) executed the above and foregoing instrument, after first having been duly authorized by said Limited Liability Company to do so.

WITNESS my hand and seal, on this the 27th day of October, 2022.

_____
Notary Public

My commission expires:

_____

[Notary Seal: NAJAH JONES, NOTARY PUBLIC, GEORGIA, FULTON COUNTY, EXPIRES SEPT. 22, 2026]

## IN THE COUNTY COURT OF WARREN COUNTY
## THE STATE OF MISSISSIPPI

WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE
FOR PNPMS TRUST II

**PLAINTIFF**                                           CASE NO. 22-cv-00723

v.

GREGORY HAGGARD, AND ALL OTHERS RESIDING AT
111 ALLENDALE DR
VICKSBURG, MS 39180

**DEFENDANT(S)**

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to RULE 41 (a)(1)(i), *Miss.R.Civ.P.*, Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II, by counsel, hereby gives notice of its voluntary dismissal without prejudice, of the above styled action.

Respectfully submitted this, the 7th day of February 2023.

Peter L. Lublin (MS Bar No. 103705)
*Attorney for Plaintiff*
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(770) 246-3356 (Telephone)
(470) 508-9205 (Facsimile)
evictions@rlselaw.com

*[handwritten: 500 Delaware Ave, New Castle — Wilmington, DE 19801]*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within foregoing Notice of Voluntary Dismissal by pacing a true and correct copy of same in the United States Mail, properly address, with adequate postage thereon to:

GREGORY B. HAGGARD
111 ALLENDALE DR
VICKSBURG, MS 39180

ALL OTHER OCCUPANTS
111 ALLENDALE DR
VICKSBURG, MS 39180

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #:** 75 9 CO (County # / Judicial District / Court ID (CH, CI, CO))
**Year:** 2023
**Docket Number:** 188 CO
**Local Docket ID:**
**Date:** 03/21/23

In the **County** Court of **Warren** County — Judicial District

### Origin of Suit
[X] Initial Filing

### Plaintiff
**Individual:** Last Name: Hargrove | First Name: Gregory | M.I.: B

**Attorney (Name & Address):** J. Allen DeRivaux  MS Bar No. 6059
Signature of Individual Filing: /s/ J. Allen

### Defendant
**Business:** Wilmington Savings Fund Society, FSB

### Nature of Suit
**Real Property:**
[X] Other: Set aside foreclosure

**Statutes/Rules:**
[X] Injunction or Restraining Order

FEE BILL, CIVIL CASES, COUNTY COURT

State of Mississippi
Warren County

GREGORY B. HAGGARD VS WILMINGTON SAVINGS FUND SOCIETY

Case # 23,0188-CO        Acct #         Paid By CHECK 6397         Rct#  91507
---

| | |
|---|---:|
| CLERK FEE | 85.00 |
| JURY TAX | 3.00 |
| COURT ADM | 2.00 |
| COURT REPORTER | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT CONSTITUENT | .50 |
| STATE COURT ED | 2.00 |
| COMPR COURT FUND | 10.00 |
| CIVIL ASSIST FUND | 5.00 |
| JUDICIAL SYSTEM OPR | 40.00 |
| ARCHIVE FEE CIVIL | 1.00 |
| **Total $** | **161.00** |

---

Payment received from J. Allen Derivaux, Jr.
                      P O BOX 1763

              VICKSBURG        MS 39181

Transaction  107478  Received  3/21/2023 at 15:46  Drawer    1 I.D. KS

Current Balance Due       $0.00            Receipt Amount $    161.00


   By _____D.C.  Jan H. Daigre, Circuit Clerk



Case # 23,0188-CO       Acct #         Paid By CHECK 6397         Rct#   91507

# IN THE COUNTY COURT OF WARREN COUNTY, MISSISSIPPI

GREGORY B. HAGGARD            PLAINTIFF

VS            CASE NO: 23, 0188 CO

WILMINGTON SAVINGS FUND            DEFENDANT
SOCIETY, FSB, D/B/A
CHRISTINANA TRUST AS TRUSTEE
FOR PNPMS TRUST II

## ORDER SETTING HEARING ON MOTION FOR INJUNCTION

This matter having come before the Court on Motion Ore Tenus by the Plaintiff and the Court hereby sets the Motion for Injunction for April 12th, 2023 at 10:00 AM in the County Courtroom, Warren County, Mississippi.

This the 4 day of April, 2023.

_____
County Court Judge

Submitted by:

_____
J. Allen Derivaux, Jr.